AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

Robert Spencer,

              Plaintiff,

   v.

Troy Stafford, et al.,

              Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-01592-RFB-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

The Court awards Plaintiff $250,000 jointly and severally against Defendants Troy Stafford, Steven Scammell, Milestone Program Management, LLC, Milestone Holdings, LLC, and Milestone Insurance Services, LLC for what Plaintiff allegedly lost in the loan. The Court also awards Plaintiff $500,000 in punitive damages joint and severally against all the above Defendants, and judgment interest at $35.96 per day from September 23, 2019 until satisfied. As of the date of this judgment, February 26, 2021, the interest amounts to $18,771.12.

2/26/2021
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk